Henry Gawthrop et al., Appellants, *v.* James D. Leary, Respondent.

(Submitted June 2, 1882 ; decided June 13, 1882.)

The General Term reversed the judgment in this action upon the facts, holding that the evidence was insufficient to support the verdict, but did not order a new trial.

The court here say : "An examination of the record leads us to think that should have been done.   (*Goodman* v. *Conklin*, 85 N. Y. 21.)   It cannot be said that on a new trial a recovery would be impossible."

*Albert A. Abbott* for appellants.

*John Berry* for respondent.

*Per Curiam* opinion for modifying judgment by ordering a new trial.
All concur, except Tracy, J., absent.
Judgment accordingly.

---

Thomas Ten Eyck, Appellant, *v.* Jesse Ryder, et al., Respondents.

(Argued April 28, 1882; decided June 13, 1882.)

*Thomas Nelson* for appellant.

*Samuel Watson* for respondents.

Tracy, J., reads for affirmance.
All concur, except Miller, J., not voting.
Judgment affirmed.